REESE, RING, VELTO
3100 W. CHARLESTON BLVD, STE 208
LAS VEGAS, NV 89102
(725) 235-9750



UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

LEROY DAVIS
Plaintiff

vs

GBS NEVADA PARTNERS, LLC
Defendant

Case Number: 2:25-CV-01415-APG-EJY

Dept:

**PROOF OF SERVICE**

TANNER TREWET, deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #389, and not a party to nor interested in the proceeding in which this statement is made.

Legal Wings, Inc. received on Wednesday, August 13, 2025 a copy of the:
**SUMMONS IN A CIVIL ACTION; PROPOSED CLASS ACTION COMPLAINT**

I served the same on **08/13/2025 at 3:13 PM** to:

**Defendant GBS NEVADA PARTNERS, LLC D/B/A SHOWGROW REWARDS, BY SERVING MICHAEL B. VIELLION, ESQ., REGISTERED AGENT**

by leaving the copies with or in the presence of **JACKIE BADILLO, ADMINISTRATIVE ASSISTANT**, at 10777 W TWAIN AVE, STE 215, LAS VEGAS, NV 89135, pursuant to **NRS 14.020**.

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.

Executed: Thursday, August 14, 2025

TANNER TREWET
Registered Work Card R-2019-07712

Legal Wings, Inc., 1118 Fremont Street, Las Vegas, NV 89101, (702) 384-0305, PILB #389

P-2028843.01