KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
TREY A. ROTHELL, ESQ.
Nevada Bar No. 15993
DENTONS DURHAM JONES PINEGAR P.C.
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
kevin.stolworthy@dentons.com
trey.rothell@dentons.com

*Attorneys for Defendant*
*GBS Nevada Partners, LLC*

MICHAEL D. RAWLINS, ESQ.
Nevada Bar No. 5467
3271 East Warm Springs Road
Las Vegas, Nevada 89120
(702) 832-1670

*Designated only for personal service*
*under Nev. SCR 42.1*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LEROY DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GBS NEVADA PARTNERS, LLC d/b/a SHOWGROW REWARDS,<br><br>Defendant. | Case No.: 2:25-cv-01415-APG-EJY<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT [ECF NO. 1]**<br><br>**(First Request)** |

     Plaintiff Leroy Davis ("Davis") and Defendant GBS Nevada Partners, LLC d/b/a ShowGrow Rewards ("GBS") stipulate and agree, subject to the Court's approval, to extend the date by which GBS may file its response to the Complaint filed in this action (ECF No. 1) by 30 days from September 3, 2025, to October 3, 2025. This is the first request to extend this deadline. In support of this request, the parties state:

     1.     On August 4, 2025, Davis filed his Complaint against GBS. *See* ECF No. 1.

2.    On August 13, 2025, Davis served GBS with the summons and complaint in this action. *See* ECF No. 12.

3.    Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), GBS's response to the Complaint is currently due on September 3, 2025.

4.    Due to the complexity of factual and legal issues which must be addressed in response to the Complaint, GBS requires additional time to prepare its response. Accordingly, good cause exists to extend the subject deadline.

5.    Further, the parties have stipulated to the extension, and no party will be prejudiced by the delay.

6.    This stipulation is submitted in good faith and not for purposes of improper delay.

IT IS SO STIPULATED.

Dated: September 2, 2025.

DENTONS DURHAM JONES PINEGAR P.C.

By:  */s/ Trey A. Rothell*
         KEVIN R. STOLWORTHY, ESQ.
         Nevada Bar No. 2798
         TREY A. ROTHELL, ESQ.
         Nevada Bar No. 15993
         111 South Main Street, Suite 2400
         Salt Lake City, Utah 84111

*Attorneys for Defendant*
*GBS Nevada Partners, LLC*

STRANCH, JENNINGS & GARVEY, PLLC

By:  */s/ Nathan R. Ring*
         NATHAN R. RING, ESQ.
         Nevada Bar No. 12078
         3100 W. Charleston Blvd., Ste. 208
         Las Vegas, Nevada 89102

         STRAUSS BORRELLI PLLC
         RAINA C. BORRELLI, ESQ.
         *Admitted pro hac vice*
         SAMUEL J. STRAUSS, ESQ
         *Admitted pro hac vice*
         One Magnificent Mile
         980 N Michigan Avenue, Suite 1610
         Chicago IL, 60611

*Attorneys for Plaintiff Leroy Davis*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  September 3, 2025