KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
TREY A. ROTHELL, ESQ.
Nevada Bar No. 15993
DENTONS DURHAM JONES PINEGAR P.C.
1180 Town Center Drive, Suite 200
Las Vegas, Nevada  89144
Telephone: 702-988-3030
Facsimile: 702-988-3029
kevin.stolworthy@dentons.com
trey.rothell@dentons.com

*Attorneys for Defendant*
*GBS Nevada Partners, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEROY DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GBS NEVADA PARTNERS, LLC d/b/a SHOWGROW REWARDS,<br><br>Defendant. | Case No.: 2:25-cv-01415-APG-EJY<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT [ECF NO. 1]**<br><br>**(Second Request)** |

Plaintiff Leroy Davis ("Davis") and Defendant GBS Nevada Partners, LLC d/b/a ShowGrow Rewards ("GBS") stipulate and agree, subject to the Court's approval, to extend the date by which GBS may file its response to the Complaint filed in this action (ECF No. 1) by 10 days from October 3, 2025, to October 13, 2025. This is the second request to extend this deadline. In support of this request, the parties state:

1. On August 4, 2025, Davis filed his Complaint against GBS. *See* ECF No. 1.

2. On August 13, 2025, Davis served GBS with the summons and complaint in this action. *See* ECF No. 12.

3. On September 3, 2025, the Court entered an Order extending the date by which GBS may file its response to the Complaint by 30 days, from September 3, 2025, to October 3, 2025. *See* ECF No. 16.

4.      The parties are continuing to exchange information in an attempt to efficiently litigate or resolve this matter and require additional time to facilitate this process. Accordingly, good cause exists to extend the subject deadline.

5.      Further, the parties have stipulated to the extension, and no party will be prejudiced by the delay.

6.      This stipulation is submitted in good faith and not for purposes of improper delay.

IT IS SO STIPULATED.

Dated: October 2, 2025.

| | |
|---|---|
| DENTONS DURHAM JONES PINEGAR P.C. | STRANCH, JENNINGS & GARVEY, PLLC |
| By: _/s/ Trey A. Rothell_ | By: _/s/ Nathan R. Ring_ |
| KEVIN R. STOLWORTHY, ESQ. | NATHAN R. RING, ESQ. |
| Nevada Bar No. 2798 | Nevada Bar No. 12078 |
| TREY A. ROTHELL, ESQ. | 3100 W. Charleston Blvd., Ste. 208 |
| Nevada Bar No. 15993 | Las Vegas, Nevada 89102 |
| 1180 Town Center Drive, Suite 200 | |
| Las Vegas, Nevada  89144 | STRAUSS BORRELLI PLLC |
| | RAINA C. BORRELLI, ESQ. |
| _Attorneys for Defendant_ | _Admitted pro hac vice_ |
| _GBS Nevada Partners, LLC_ | SAMUEL J. STRAUSS, ESQ |
| | _Admitted pro hac vice_ |
| | One Magnificent Mile |
| | 980 N Michigan Avenue, Suite 1610 |
| | Chicago IL, 60611 |
| | |
| | _Attorneys for Plaintiff Leroy Davis_ |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   October 3, 2025

2

LV_574525.1