KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
TREY A. ROTHELL, ESQ.
Nevada Bar No. 15993
DENTONS DURHAM JONES PINEGAR P.C.
1180 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Telephone: 702-988-3030
Facsimile: 702-988-3029
kevin.stolworthy@dentons.com
trey.rothell@dentons.com

*Attorneys for Defendant*
*GBS Nevada Partners, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LEROY DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GBS NEVADA PARTNERS, LLC d/b/a SHOWGROW REWARDS,<br><br>Defendant. | Case No.: 2:25-cv-01415-APG-EJY<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT [ECF NO. 1]**<br><br>**(Third Request)** |

Plaintiff Leroy Davis ("Davis") and Defendant GBS Nevada Partners, LLC d/b/a ShowGrow Rewards ("GBS") stipulate and agree, subject to the Court's approval, to extend the date by which GBS may file its response to the Complaint filed in this action (ECF No. 1) by 10 days from October 13, 2025, to October 23, 2025. This is the third request to extend this deadline. In support of this request, the parties state:

1. On August 4, 2025, Davis filed his Complaint against GBS. *See* ECF No. 1.

2. On August 13, 2025, Davis served GBS with the summons and complaint in this action. *See* ECF No. 12.

3. On September 3, 2025, the Court entered an Order extending the date by which GBS may file its response to the Complaint by 30 days, from September 3, 2025, to October 3, 2025. *See* ECF No. 16.

4. On October 3, 2025, the Court further extended the deadline by 10 days, from October 3, 2025, to October 13, 2025. *See* ECF No. 19.

5. The parties have reached a settlement in principle and are finalizing the details of their agreement. Accordingly, good cause exists to extend the subject deadline.

6. Further, the parties have stipulated to the extension, and no party will be prejudiced by the delay.

7. This stipulation is submitted in good faith and not for purposes of improper delay.

IT IS SO STIPULATED.

Dated: October 13, 2025.

| DENTONS DURHAM JONES PINEGAR P.C. | STRANCH, JENNINGS & GARVEY, PLLC |
|---|---|
| By: /s/ Trey A. Rothell<br>KEVIN R. STOLWORTHY, ESQ.<br>Nevada Bar No. 2798<br>TREY A. ROTHELL, ESQ.<br>Nevada Bar No. 15993<br>1180 Town Center Drive, Suite 200<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendant*<br>*GBS Nevada Partners, LLC* | By: /s/ Nathan R. Ring<br>NATHAN R. RING, ESQ.<br>Nevada Bar No. 12078<br>3100 W. Charleston Blvd., Ste. 208<br>Las Vegas, Nevada 89102<br><br>STRAUSS BORRELLI PLLC<br>RAINA C. BORRELLI, ESQ.<br>*Admitted pro hac vice*<br>SAMUEL J. STRAUSS, ESQ<br>*Admitted pro hac vice*<br>One Magnificent Mile<br>980 N Michigan Avenue, Suite 1610<br>Chicago IL, 60611<br><br>*Attorneys for Plaintiff Leroy Davis* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 14, 2025.

LV_574617.1